Walter Fitch, Minor, by His Next Friend, Beulah Fitch, Appellant, v. Charles W. Thomson, Trustee, and Sam Smith, Appellees.

Gen. No. 9,949.

Heard in this court at the February term, 1944; opinion filed April 27, 1944. Emil J. Benson and Raphael E. Yalden, for appellant; Hyer & Gill, for appellees; Nelson J. Wilcox, for certain appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.